STATE OF NEW JERSEY v. HAROLD K. LONGO.

February 17, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH MORENO.

February 17, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. IRVING J. ZWILLMAN.

February 17, 1971.  Petition and cross-petition for certification denied.  (See 112 *N. J. Super.* 6).

STATE OF NEW JERSEY v. ELIJAH STEELE.

February 17, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. BRADFORD SPENCER.

February 17, 1971.  Petition for certification denied.

STATE OF NEW JERSEY v. SAMUEL WILLIAMS.

February 17, 1971.  Petition for certification denied.